UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. SULLIVAN and DONNA L. BECK,<br>        Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE SASCO 2005-16 TRUST FUND, and NATIONSTAR MORTGAGE, LLC<br>        Defendants. | CIVIL ACTION NO. 14-cv-14074 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## THE BANK OF NEW YORK MELLON, AS TRUSTEE

Pursuant to Fed.R.Civ.P. 7.1 and LR 7.3, Defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the SASCO 2005-16 Trust Fund ("BONY, as Trustee")[1] provides the following Corporate Disclosure Statement.

BONY, as Trustee, states that it is a New York banking corporation and is a wholly-owned subsidiary of The Bank of New York Mellon Corporation, a Delaware corporation. The Bank of New York Mellon Corporation is publicly traded on the New York Stock Exchange, under the ticker symbol BK.

---

[1] Defendant BONY, as Trustee, is misnamed in the caption as The Bank of New York Mellon <u>Corporation</u> . . . , which is the parent company of BONY, as Trustee.

|  |  |
|---|---|
|  | Respectfully submitted,<br>THE BANK OF NEW YORK MELLON f/k/a THE<br>BANK OF NEW YORK, AS TRUSTEE FOR THE<br>SASCO 2005-16 TRUST FUND<br>By its attorneys,<br><br>_/s/ Matthew A. Gens_<br>James B. Fox, Esq. (BBO No. 176520)<br>Matthew A. Gens, Esq. (BBO No. 675393)<br>BERNKOPF GOODMAN LLP<br>Two Seaport Lane, 9th Floor<br>Boston, MA  02210<br>Tel: (617) 790-3000<br>Fax: (617) 790-3300<br>jfox@bg-llp.com |
| Dated:  November 4, 2014 | mgens@bg-llp.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or sent by first-class mail to any persons presently indicated as non-registered participants on this date.

Signed this 4th day of November, 2014.

_/s/ Matthew A. Gens_

616562 v1/38755/132