UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID B. SULLIVAN and DONNA L. BECK,

      Plaintiffs/Defendants
      In Counterclaim

            CIVIL ACTION NO. 14cv14074-MGM

THE BANK OF NEW YORK MELLON CORPORATION and NATIONSTAR MORRGAGE LLC,,

      Defendants/Plaintiffs
      In Counterclaim

## NOTICE OF DEFAULT

    Upon application of the Defendants/Plaintiffs' In Counterclaim, THE BANK OF NEW YORK MELLON CORPORATION, NATIONSTAR MORTGAGE LLC, for an Order of Default for failure of the Plaintiffs/Defendants' In Counterclaim, David B. Sullivan and Donna L. Beck, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants.  have been defaulted this

28th  day of  APRIL 2015..

                              ROBERT M. FARRELL,
                              CLERK OF COURT

                              By:   /s/ Mary Finn - 4/28/2015
                                  Deputy Clerk

**Notice mailed to: Counsel of Record,**

**Plaintiffs and
Defendants**

**(mefnoticedefault.wpd - 3/7/2005)**